**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                        CASE NO. 3:93cr03051-01/RV

JIMMY WAYNE JOINER

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on  September 10, 2009
Motion/Pleadings:  Motion for Writ of Error Coram Nobis
Filed by  Defendant  on 7/27/2009  Doc.#  91
RESPONSES:
  United States  on 9/10/2009  Doc.#  94

                                                         on  Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          s/Jerry Marbut
LC (1 OR 2)                         Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 10th day of September, 2009, that:*

    *The relief requested is DENIED, for all of the reasons set out in the Government's Response (doc. 94).*

                                                     /s/ *Roger Vinson*
                                                         *ROGER VINSON*
                                        *Senior United States District Judge*